UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Earl Lesley Robinson
and Sylvia Irene Robinson,
                Debtors.

CASE NO. 3:11-bk-04788-PMG

_____/

## NOTICE OF INTENTION TO SELL
## PROPERTY OF THE ESTATE

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan St., Suite 3-350, Jacksonville, FL 32202, and serve a copy on the movant or movant's attorney, Robert Altman, P.O. Box 922, Palatka, FL 32178-0922.

If you file and serve an objection within the time permitted, the court will schedule a hearing and you be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

NOTICE IS HEREBY GIVEN that the trustee intends to sell the following property, under the terms and conditions set forth below.

1. Description of property:

    1997 Ford F250 (listed as 1995 on Schedules) VIN: 1FTEX27L7VNB54938 - Kelley Blue Book value $2,425.00, less allowable $2,000.00 exemption pursuant to Fla. Stat. §222.25(1), leaving equity of $425.00; 2010 Honda Accord VIN: 1HGCP26388A123901 - value per signed Reaffirmation Agreement: $17,300.00, less lien of $15,510.85, leaving equity of $1,789.15; 2010 Buick Lucerne VIN: 1G4HC5EM2AU100674 - value per signed Reaffirmation Agreement: $26,650.00, less lien of $19,208.67, leaving equity of $7,441.33. Total Equity: $9,655.48.

2. Manner of Sale: Private (x)*  Public Auction ( )

3. Terms of Sale:

    Debtors shall purchase from the estate the following property for $5,000.00: 1997 Ford F250 ($350.00); 2010 Honda Accord ($1,450.00); 2010 Buick Lucerne ($3,200.00) to be paid in 12 monthly payments of $416.67 beginning November 1, 2011 and continuing on the first day of each successive month thereafter until paid in full. Payments are by cashier's check or money order made payable to Robert Altman, Trustee at P.O. Box 922, Palatka, FL 32178-0922. Debtors will maintain adequate insurance and cause their Insurance company to list the Trustee as a loss payee on the policy. The trustee believes this sale to be in the best interest of the estate. The trustee does not anticipate

any tax consequence to this sale and no trustee's deed will be issued.

4. If the debtors do not make any payment within 10 days of the due date, then the trustee shall provide the debtors' attorney with written notice of such default. If the default is not cured within 10 days of such written notice, then the debtors agree to the entry of a judgment revoking their discharge.

5. The debtors' signatures are affixed hereto and by their signatures they agree to all the terms and conditions expressed herein.

6. To the extent the debtors have claimed the property exempt the debtors agree that the exemptions are limited to the exemptions allowed by law, either $1,000.00 for any one vehicle or $1,000.00 each for personal property, $4,000.00 each, if joint petition, pursuant to Fla. Stat. §222.25(4), if applicable, and to the extent necessary, the debtors waive any right to higher exemptions otherwise allowed or claimed.

7. The trustee reserves the right, without penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21 day objection period set forth above/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids of the purchase of the asset(s) being sold. Any higher bid must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty-one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

ROBERT ALTMAN, P.A.

_____
Earl Lesley Robinson
PO Box 758
Hilliard, FL 32046

_____
Robert Altman, Trustee
Florida Bar No. 346861
P.O. Box 922
Palatka, FL 32178-0922
(386) 325-4691
(386) 325-9765 Facsimile

_____
Sylvia Irene Robinson
PO Box 758
Hilliard, FL 32046

_____
John D. Sauls, III, Esquire
Attorney for Debtors
Florida Bar No. 48797
Sauls & Associates
542398 US Highway 1
Callahan, FL 32011
904-879-2220